# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE E. RUBIO, | ) NO. SA CV 10-1577 FMO |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Sixteen Thousand and One Hundred dollars ($16,100.00), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, Rebecca C. Padilla shall reimburse plaintiff the amount of Four Thousand and One Hundred dollars ($4,100.00).

Dated this 19th day of October, 2012.

/s/
Fernando M. Olguin
United States Magistrate Judge